No. 76–6941.  GAMBLE v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 77–34.  PARTIN ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–67.  ROBINSON v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–93.  MASONIC HOME OF DELAWARE, INC. v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE ET AL. C. A. 3d Cir.  Certiorari denied.

No. 77–106.  TRUDO v. IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 77–115.  WESTERN UNION TELEGRAPH CO. v. WESTERN UNION INTERNATIONAL, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 77–134.  REGULAR COMMON CARRIER CONFERENCE OF THE AMERICAN TRUCKING ASSNS., INC. v. INTERSTATE COMMERCE COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 77–163.  ALABAMA DRY DOCK & SHIPBUILDING CO. v. KININESS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–183.  ASPHALT MATERIALS, INC., ET AL. v. UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 77–218.  EXPERT ELECTRIC, INC., ET AL. v. LEVINE, INDUSTRIAL COMMISSIONER OF NEW YORK.  C. A. 2d Cir. Certiorari denied.